UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L AURA B ARNARD,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:10-cv-226

A PPLEBEE'S S ERVICES, I NC.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

A review of the Court records in this case reflects that the parties participated in Facilitative Mediation on October 11, 2010 and reached an agreement to settle this lawsuit (Dkt. #24, Report of Facilitative Mediation). On October 18, 2010, this Court issued an Order requiring dismissal papers to be submitted by November 15, 2010 (Dkt. #25). To date, the Court has yet to receive the dismissal paperwork. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall either file appropriate dismissal papers regarding this matter by **December 14, 2010**, or show cause in writing why the Court should not dismiss the case against the defendant for plaintiff's failure to submit dismissal documents as previously ordered.

Date: November 30, 2010                       /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge